UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MARIA TOLENTINO, et al.,
          Plaintiffs,

v.

CITY OF YONKERS, et al.,
          Defendants.
-----------------------------------------------------------x

**ORDER**

15 CV 5894 (VB)

By Order dated October 30, 2017, the Court, after it had been advised the parties had settled this case, ordered that the case be dismissed. (Doc. #149).

By Order dated July 23, 2018, the Court determined the value of Paula Johnson Kelly, Esq.'s charging lien in this case (Doc. #165).

By letter dated December 15, 2019, Ms. Kelly's co-counsel, Bonita E. Zelman, Esq., informed the Court that the Surrogate's Court has approved the terms of the settlement. (Doc. #180).

Accordingly, by February 18, 2020, Ms. Zelman shall disburse the attorneys' fees in this case in accordance with the Court's Order of July 23, 2018, and shall confirm the same by letter to the Court. In the event Ms. Zelman requires more time to do so, she shall so advise the Court in writing by no later than February 18, 2020, and propose a date by which the disbursement will be made.

Dated: December 16, 2019
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge

1