UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MARIA TOLENTINO, et al.., : 
                  Plaintiffs, :
                   :
v. : **ORDER**
                   :
                   : 15 CV 5894 (VB)
CITY OF YONKERS, et al., :
                  Defendants. :
                   :
                   :
------------------------------------------------------------------x

       By Order dated July 23, 2018, the Court determined the value of Paula Johnson Kelly, Esq.'s charging lien in this case. (Doc. #165).

       By letter dated December 15, 2019, Ms. Kelly's co-counsel, Bonita E. Zelman, Esq., informed the Court that the Surrogate's Court had approved the terms of the settlement. (Doc. #180).

       On March 3, 2020, the parties filed a Stipulation of Settlement and Order of Dismissal signed by counsel for all parties. (Doc. #184). That same day, the Court Ordered Ms. Zelman to disburse the attorneys' fees in this case in accordance with the Court's July 23, 2018, Order by April 2, 2020, and confirm same by letter to the Court. (Doc. #185).

       On April 7, 2020, Ms. Kelly notified the Court she had "not received any communication from Ms. Zelman." (Doc. #186).

       Accordingly, by April 15, 2020, Ms. Zelman shall explain in writing why she has not complied with the Court's March 3 Order and has not disbursed the funds to Ms. Kelly or written to the Court to seek an extension of time to do so.

Dated:  April 8, 2020
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge